**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2093-16T4

DIANA L. HERBIG,

        Appellant,

v.

BOARD OF REVIEW,
DEPARTMENT OF LABOR
AND WORKFORCE
DEVELOPMENT and
WOCKHARDT USA, LLC,

        Respondents.

_____

Submitted September 18, 2018 – Decided October 1, 2018

Before Judges Suter and Geiger.

On appeal from the Board of Review, Department of Labor and Workforce Development, Docket No. 098,855.

Schorr & Associates, PC, attorneys for appellant (Adam L. Schorr, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondent Board of Review (Jason W. Rockwell, Assistant Attorney General, of

counsel; Robert M. Strang, Deputy Attorney
General, on the brief).

Respondent Wockhardt USA, LLC, has not filed
a brief.

PER CURIAM

We have been advised prior to argument that appellant passed away and that her estate does not object to dismissal of the appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

A-2093-16T4